NO. 07-04-0449-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

DECEMBER 20, 2004
_____

RAFEEQ YAASEENIBNSIDDEEQ,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 64th DISTRICT COURT OF HALE COUNTY;

NO. a 15593-0408; HON. ROBERT W. KINKAID, JR., PRESIDING
_____

***ON MOTION TO DISMISS***

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Appellant Rafeeq Yaaseenibnsiddeeq, by and through his attorney, has filed a motion to dismiss this appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn<br>Justice

Do not publish.